1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE CHARLES NEWMAN          )
     SECTION 1983 CLAIMS           )      No. C 06-04005 JW (PR)
12                                 )
                                   )      AMENDED ORDER
13                                 )      CONSOLIDATING CASES
                                   )
14                                 )
                                   )
15                                 )
                                   )
16   _____)

17

18        Plaintiff, a California inmate, filed a series of pro se civil rights complaint

19   pursuant to 42 U.S.C. § 1983.  The Court ordered all of the cases consolidated and

20   entitled "In re Charles Newman Section 1983 Claims" and assigned Case No. C 06-

21   04005 JW (PR).

22        This order amends the order of consolidation, dated June 12, 2007, as

23   follows:

24        1.      The Consolidated case shall be entitled "In re Charles Newman

25   Section 1983 Claims" and shall include the following cases: (1) No. C 06-05993 JW

26   (PR), (2) No. C 06-06288 JW (PR), (3) No. C 06-06740 JW (PR), (4) No. C 06-

27

28   Amended Order Consolidating Cases
     N:\Pro - Se\7.27.2007\06-04005 Newman04005_consol-amend.wpd

United States District Court
For the Northern District of California

1    07241 JW (PR), (5) No. C 07-00518 JW (PR), (6) No. C 07-00905 JW (PR), (7) No.

2    C 07-01329 JW (PR), (8) No. C 07-02374 JW (PR), and (9) No. C 07-02810 JW

3    (PR).   The consolidated case shall proceed under Case No. C 06-05993 JW (PR),

4    which is the earliest case filed by plaintiff.

5         2.      The clerk shall reinstate Case No. C 06-04005 JW (PR) as originally

6    opened on June 28, 2006.  The Court shall review the merits of the claims therein

7    under 28 U.S.C. § 1915A(a) in a separate order.

8         3.      The clerk shall reopen Case No. C 06-05993 JW (PR) in accordance

9    with this order and file this order in each of the cases listed above.

10        4.      This order vacates the order of consolidation filed June 12, 2007.

11

12   DATED: _____July 27, 2007_____    _____

13                                           JAMES WARE
                                             United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Amended Order Consolidating Cases
     N:\Pro - Se\7.27.2007\06-04005 Newman04005_consol-amend.wpd 2

**United States District Court**
For the Northern District of California