**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHARLES NEWMAN ) <br> ) <br> SECTION 1983 CLAIMS ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | No. C 06-05993 JW (PR) <br><br> ORDER ADDRESSING PENDING MOTION <br><br> (Docket No. 17) |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On November 7, 2007, the Court denied plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). Plaintiff failed to pay the full filing fee in the time provided, and the case was dismissed on December 20, 2007. Plaintiff filed an appeal with the United States Court of Appeal for the Ninth Circuit. On April 28, 2008, the Ninth Circuit dismissed the appeal for failure to prosecute. Accordingly, plaintiff's motion to appeal in forma pauperis is DENIED as moot. The clerk shall terminate Docket No. 17.

DATED: September 30, 2008

JAMES WARE
United States District Judge

Order Addressing Pending Motion
P:\PRO-SE\SJ.JW\CR.06\Newman05993_motion.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLES NEWMAN,

        Plaintiff,

  v.

C. BRUCE, et al.,

        Defendants.
                                          /

Case Number: CV06-05993 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   10/10/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Newman
5450 W. Crenshaw Blvd.,
Los Angeles, Ca 90043

Dated:   10/10/2008

                                       Richard W. Wieking, Clerk
                             /s/ By: Elizabeth Garcia, Deputy Clerk